IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANT OILFIELD MANAGEMENT AND SALES, INC and OPTIDRILL, S.A., Plaintiffs | § § § § § | |
| VS. | § § § | CAUSE NO. 4:13-CV-02050 |
| APS TECHNOLOGY, INC Defendant. | § § | |

**PLAINTIFFS' OPTIDRILL SA AND BRANT OILFIELD MANAGEMENT AND SALES, INC. NOTICE OF DISMISSAL**

TO THE HOROABLE JUDGE OF SAID COURT:

Plaintiff, Brant Oilfield Management and Sales, Inc. and Optidrill, S.A. files its' notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiffs are Brant Oilfield Management and Sales, Inc. and Optidrill, S.A.; defendant is APS Technology, Inc.

2. On July 12, 2013, Plaintiffs sued Defendant.

3. Defendant has not been served with process and has not filed an answer or a motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiffs have have not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is without prejudice to re-filing.

Respectfully Submitted,

Benoit Law, PLLC

1

2

        By: /s/ Alfred M. Benoit_____
        Alfred M. Benoit
        Texas Bar No. 24064883
        Southern Dist. No.: 1151316
        1776 Yorktown, Suite 600
        Houston, Texas 77056
        Telephone: (713) 963-8866
        Fax: (832) 504-9497

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the following counsel of Record by means of Certified Mail, Return Receipt Requested this 26th day of August, 2013:

Mr. Steven A. Harr
Munsch Hart Kopf & Harr
700 Louisiana, Suite 4600
Houston, Texas 77002
713-222-4044
Fax: 713-222-4047

        /s/ Alfred M. Benoit_____
        Alfred M. Benoit